COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS






IN THE MATTER OF D.O.,


 A Juvenile.

§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00285-CV



Appeal from the


65th District Court


of El Paso County, Texas


(TC#08,00534)


MEMORANDUM OPINION


 D.O., a juvenile, has filed a written request to dismiss his notice of appeal because he no
longer desires to pursue an appeal. The request is signed by both D.O. and his attorney. We grant
the request and dismiss the appeal. See Tex.R.App.P. 42.1(a)(1).


 GUADALUPE RIVERA, Justice


April 2, 2009


Before Chew, C.J., McClure, and Rivera, JJ.